IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA KAY MCGINNIS and FRANK MCGINNIS,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHRISTIAN SOCIAL SERVICES OF ILLINOIS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 3:13-cv-208-MJR-DGW<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for the purposes of docket control. On August 28, 2013 and August 30, 2013, certain mail was returned to the Court as undeliverable (Docs 25-27). In light of Plaintiffs' *pro se* status, these chambers contacted defense counsel to determine if Plaintiffs had provided a new address – defense counsel indicated that she had not been provided a different address than the one on file, P.O. Box 115, DuQuoin, IL 62832. Again, in light of Plaintiffs' *pro se* status, these chambers also contacted Plaintiff, Jessica McGinnis, by telephone and determined that Plaintiffs have a new mailing address, Budget Inn, #12, 1266 S. Washington, DuQuoin, IL 92832. Plaintiffs informed of the pending Motion to Dismiss and were instructed to provide the Court with written notice of their new address.

Plaintiffs are hereby **ORDERED** to file a notice of change of address as required by Local Rule 3.1(b) within seven (7) days of the date of this Order. Plaintiffs are further instructed to file a timely notice if their address changes in the future. Plaintiffs are **WARNED** that the failure to abide by the Local Rules or the Federal Rules of Civil Procedure, notwithstanding their *pro se* status, may result in a report and recommendation that that matter be dismissed. It is Plaintiffs'

obligation to keep this Court informed of their mailing address. The Clerk of Court is **DIRECTED** to mail a copy of the Order to Plaintiffs' address on record and to the address listed above.

**IT IS SO ORDERED.**

**DATED: September 17, 2013**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**